IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSH LAMAR HAYNES                                                        PLAINTIFF

v.                              CASE NO: 1:12CV00119 BSM

DAVID LUCAS and                                                          DEFENDANTS
MIKE SMITH

## ORDER

The proposed findings and recommended disposition [Doc. No. 6] submitted by United States Magistrate Judge Jerome T. Kearney and the objections thereto have been reviewed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT:

1.   Plaintiff Josh Haynes's complaint [Doc. No. 2] is dismissed without prejudice for failure to state a claim upon which relief may be granted.

2.   This dismissal is considered a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. Section 1915(g).

3.   It is certified, pursuant to 28 U.S.C. Section1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 5th day of February 2013.

                                                              /s/ Brian S. Miller
                                                              UNITED STATES DISTRICT JUDGE